ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :
                                        :
          - v. -                        :        INDICTMENT
                                        :
NICHOLAS DILLION,                       :        16 Cr.
                                        :
                    Defendant.          :   **16 CRIM 736**
                                        :

- - - - - - - - - - - - - - - - - - - x

## COUNT ONE
### (Bank Fraud)

The Grand Jury charges:

1.    In or about April 2016, in the Southern District of
New York and elsewhere, NICHOLAS DILLION, the defendant,
willfully and knowingly, did execute and attempt to execute a
scheme and artifice to defraud a financial institution, the
deposits of which were then insured by the Federal Deposit
Insurance Corporation, and to obtain moneys, funds, credits,
assets, securities, and other property owned by, and under the
custody and control of, such financial institution, by means of
false and fraudulent pretenses, representations, and promises,
to wit, DILLION deposited fraudulent checks into bank accounts
at Wells Fargo and Citibank.

(Title 18, United States Code, Sections 1344 and 2.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: **NOV 0 1 2016**

## COUNT TWO
### (Aggravated Identity Theft)

The Grand Jury further charges:

2.    In or about April 2016, in the Southern District of New York and elsewhere, NICHOLAS DILLION, the defendant, knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, DILLION possessed and used the names and personal information of others to fraudulently obtain funds from bank accounts, in connection with the offense charged in Count One of this Indictment.

(Title 18, United States Code, Sections 1028A and 2.)

## FORFEITURE ALLEGATION

3.    As a result of committing the offense alleged in Count One of this Indictment, NICHOLAS DILLION, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(A), any and all property constituting, or derived from, proceeds obtained directly or indirectly, as a result of the commission of said offense, including but not limited to a sum of money in United States

currency representing the amount of proceeds traceable to the commission of said offense.

**SUBSTITUTE ASSETS PROVISION**

4.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property

3

of the defendant up to the value of the forfeitable property
described above.

    (Title 18, United States Code, Section 982; Title 21, United
States Code, Section 853; and Title 28, United States Code,
Section 2461.)

FOREPERSON

PREET BHARARA
United States Attorney

4

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**v.**

**NICHOLAS DILLION,**

**Defendant.**

---

**INDICTMENT**

16 Cr.

(18 U.S.C. §§ 1344, 1028A, and 2.)

PREET BHARARA
United States Attorney

*William Bernhart*

Foreperson

---

11/1/16 - Filed Indictment
аа       Case assigned to J Woods
                        J Peck
                        ASMJ